OPINION — AG — ** INSURANCE COMMISSIONER — AUTHORITY ** UNDER 14A O.S. 40112 [14A-40112], THE INSURANCE COMMISSIONER OF THE STATE OF OKLAHOMA HAS THE AUTHORITY TO LIMIT COMPENSATION PAID TO LICENSED INSURANCE AGENTS BY PRIVATE INSURANCE COMPANIES FOR SALES FOR ACTUARILY SOUND POLICIES OF CREDIT LIFE INSURANCE. (CONSUMER CREDIT INSURANCE, INSURANCE COMMISSIONER, POLICIES, PREMIUM RATES, ADMINISTRATIVE ACTION) CITE: 14A O.S. 4-112 [14A-4-112] 14A O.S. 4-203 [14A-4-203], 14A O.S. 4-203 [14A-4-203](1), 14A O.S. 4-203 [14A-4-203](2), 14A O.S. 4-203 [14A-4-203] (3) (JOHN PAUL JOHNSON)